**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6894**

_____

KEITH OAKLEY,

              Plaintiff - Appellant,

       v.

J. MICHAEL STOUFFER; BOBBY SHERARIN, Warden,

              Defendants- Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:10-cv-02118-AW)

_____

Submitted:  November 17, 2011      Decided:  November 23, 2011

_____

Before KING, DAVIS, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Keith Oakley, Appellant Pro Se.   Stephanie Judith Lanes Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Oakley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Oakley v. Stouffer, No. 8:10-cv-02118-AW (D. Md. June 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED